# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | | |
|---|---|---|
| GWENDOLYN HERRING, | * | |
| Plaintiff, | * | |
| v. | * | No. 2:21-cv-064 |
| RGL ASSOCIATES, INC., | * | |
| Defendant. | * | |

**ORDER**

Before the Court is a notice of voluntary dismissal filed by Plaintiff Gwendolyn Herring. Dkt. No. 9. Plaintiff notifies the Court that she wishes to voluntarily dismiss this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 29 day of September, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA